UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. HUNTER BOW O'MEALY, Defendant. | No. 2:21-CR-0142-TOR-1 PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States' oral Motion for Entry of a Preliminary Order of Forfeiture. Having reviewed the record in this matter, the Court finds good cause to enter the Preliminary Order of Forfeiture as proposed.

Accordingly, **IT IS HEREBY ORDERED THAT**

As the result of the Defendant's guilty plea to Count 1 of the Superseding Indictment charging the Defendant with Conspiracy to Distribute 400 Grams or More of Fentanyl in violation of 21 U.S.C.§§ 841(a)(1), (b)(1)(A)(vi), 846, for which the United States sought forfeiture of assets pursuant to 21 U.S.C. § 853, Defendant, HUNTER BOW O'MEALY, shall forfeit to the United States any property constituting, or derived from any proceeds obtained directly or indirectly as the result

of such offense and any property, real or personal, used or intended to be used in any manner or part to commit or to facilitate the commission of the offense.

The Court has determined, based upon the Defendant's guilty plea and facts included in his plea agreement, that the following assets are subject to forfeiture pursuant to 21 U.S.C. § 853 and that the United States has established the requisite nexus between such assets described below, and such offense:

> any and all ammunition and firearm accessories seized on or about September 30, 2021, currently in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

Pursuant to 21 U.S.C. § 853(n)(1), the United States will post notice of the order on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days.

The United States will also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture, as a substitute for posted internet notice as to those persons so notified.

Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture is final as to the Defendant at the time of sentencing and is made part of the sentence and included in the judgment.

The United States shall have clear title to the above-listed property following the Court's disposition of all third-party interests, or, if none, following the expiration

of the period provided in Fed. R. Crim. P. 32.2(c)(2), and 21 U.S.C. § 853(n), for the filing of third-party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

DATED May 24, 2022.

THOMAS O. RICE
United States District Judge