UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUNTER BOW O'MEALY,<br><br>Defendant. | No. 2:21-CR-0142-TOR-1<br><br>FINAL ORDER OF FORFEITURE |

BEFORE THE COURT is the United States' oral Motion for an Order Declaring the Preliminary Order of Forfeiture Final.

On May 24, 2022, the Court entered the Preliminary Order of Forfeiture (ECF No. 117) in accordance with 21 U.S.C. § 853, forfeiting the following listed assets to the United States:

> any and all ammunition and firearm accessories seized on or about September 30, 2021, currently in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

The United States published notice of the preliminary order. See ECF No. 125 (publication dates May 28, 2022 to June 26, 2022). The time for filing petitions for said assets, as provided in Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n), expired on July 27, 2022, and no petitions or claims for said assets were filed (timely or not).

In accordance with Fed. R. Crim. P. 32.2(b)(4)(A) and (B) the Preliminary Order of Forfeiture became final as to the Defendant at sentencing and was included in the Judgment.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. The Government's oral Motion for Order Declaring the Preliminary Order of Forfeiture Final is **GRANTED.**

2. The Court's May 24, 2022, Preliminary Order of Forfeiture is **FINAL** as to any and all persons and entities; the assets are hereby forfeited to the United States.

3. The forfeited assets shall be disposed of in accordance with law.

4. The District Court Clerk is directed to enter this Order and provide copies to counsel.

DATED: November 2, 2022.

THOMAS O. RICE
United States District Judge